**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.** 25-cr-20057 TLP |
| | ) | |
| **v.** | ) | **18 U.S.C. § 659** |
| | ) | |
| **GREGORY LUSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

(Possession or Receipt of Goods Stolen from Interstate Shipment)

On or about December 11, 2023, in the Western District of Tennessee, the defendant,

**GREGORY LUSS**

did knowingly have in his possession goods and chattels of a value in excess of $1,000.00, that is Water Piks, which had been embezzled and stolen from a trailer in Memphis, Tennessee, which were moving as, were a part of, and constituted an interstate and international shipment of freight and express from manufacturers in Malaysia, China, and Vietnam to warehouses in Memphis, Tennessee knowing the said goods and chattels to be embezzled and stolen.

**A TRUE BILL:**

______________________________
**FOREPERSON**

**Date:** **March 20,2025**

______________________________
**REAGAN TAYLOR FONDREN**
**ACTING UNITED STATES ATTORNEY**