**CRUM**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.** 25-cr-20057 TLP |
| | ) | |
| **v.** | ) | **18 U.S.C. § 659** |
| | ) | |
| **GREGORY LUSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF PENALTIES**

**COUNT 1**

[nmt 10 yrs, but if value of money, baggage, goods, or chattels is less than $1,000, then nmt 3 yrs, $250,000 fine; or both, plus a period of supervised release for not more than 3 years, but if value of money, baggage, goods, or chattels is less than $1000, then nmt 1 year of supervised release, *see* 18 U.S.C. §3583(b)(2)-(b)(3), together with a mandatory special assessment of $100, *see* 18 U.S.C. §3013(a)]